UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 08 B 04711
    LAWRENCE R THOMPSON

                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY

            Debtor
    SSN XXX-XX-5612

------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
    The case was filed on 02/29/2008 and was not confirmed.

    The case was dismissed without confirmation 05/22/2008.
------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CAPITAL ONE | UNSECURED | 588.13 | .00 | .00 |
| ASSET ACCEPTANCE CORP | NOTICE ONLY | NOT FILED | .00 | .00 |
| CERTIFIED RECOVERY SYS | NOTICE ONLY | NOT FILED | .00 | .00 |
| CREDIT ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| FIRST PREMIER BANK | UNSECURED | NOT FILED | .00 | .00 |
| FMS INC | NOTICE ONLY | NOT FILED | .00 | .00 |
| IMAGINE/FBOFD | UNSECURED | NOT FILED | .00 | .00 |
| ASSET ACCEPTANCE CORP | UNSECURED | 611.94 | .00 | .00 |
| RMI/MCSI | NOTICE ONLY | NOT FILED | .00 | .00 |
| ASSET ACCEPTANCE CORP | UNSECURED | 536.39 | .00 | .00 |
| UNITED CASH LOANS | UNSECURED | NOT FILED | .00 | .00 |
| RMI/MCSI | UNSECURED | 425.00 | .00 | .00 |
| VILLAGE OF SOUTH HOLLAND | UNSECURED | NOT FILED | .00 | .00 |
| ASSET ACCEPTANCE CORP | UNSECURED | 2260.50 | .00 | .00 |
| DEUTSCHE BANK NATIONAL T | NOTICE ONLY | NOT FILED | .00 | .00 |
| AMERICAS SERVICING COMPA | CURRENT MORTG | .00 | .00 | .00 |
| AMERICAS SERVICING COMPA | MORTGAGE ARRE | 17000.00 | .00 | .00 |
| AMERICAS SERVICING COMPA | NOTICE ONLY | NOT FILED | .00 | .00 |
| CREDIT ACCEPTANCE | SECURED VEHIC | 13082.00 | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | 12296.37 | .00 | .00 |
| INTERNAL REVENUE SERVICE | UNSECURED | 1694.56 | .00 | .00 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 1183.50 | .00 | .00 |
| KONSTANTINE T SPARAGIS | DEBTOR ATTY | .00 | | .00 |
| TOM VAUGHN | TRUSTEE | | | .00 |
| DEBTOR REFUND | REFUND | | | 1,352.00 |

                Summary of Receipts and Disbursements:
------------------------------------------------------------------------------

|  | RECEIPTS | DISBURSEMENTS |
|---|---|---|
| TRUSTEE | 1,352.00 | |
| PRIORITY | | .00 |
| SECURED | | .00 |
| UNSECURED | | .00 |

                PAGE  1 - CONTINUED ON NEXT PAGE
            CASE NO. 08 B 04711 LAWRENCE R THOMPSON

```
ADMINISTRATIVE                                            .00
TRUSTEE COMPENSATION                                      .00
DEBTOR REFUND                                        1,352.00
                     ---------------     ---------------
TOTALS                      1,352.00            1,352.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
     Dated: 10/16/08                _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE